Prob 12B
(2/13)

# UNITED STATES DISTRICT COURT
## for the District of Maine

## Request for Modifying the Conditions or Term of Supervision
### With the Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Darin Doe          **Case Number**:  0100 1:17CR00091

**Sentencing Judicial Officer**: Honorable John A. Woodcock, Jr., U.S. District Judge

**Date of Original Sentence**:  January 18, 2018

**Original Offense:**  Possession of Child Pornography 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

**Original Sentence:**  120 Months Imprisonment; 120 Months Supervised Release

**Type of Supervision**: Supervised Release    **Date Supervision Commenced:** January 16, 2026

## PETITIONING THE COURT

☐ To extend the term of supervision for    years, for a total term of    years.
☒ To modify the conditions of supervision as follows:

Add the following conditions:

The defendant shall not possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256); and

The defendant shall not be in the physical presence of, or have verbal, written, telephonic, electronic, or any other communication with persons under the age of eighteen without prior approval by the USPO. Approval may be contingent on the presence of a chaperone approved by the probation office and/or may be subject to other specific directives of the probation officer surrounding the contact. This restriction does not extend to incidental contact during ordinary daily activities in public places.

ME Prob 12B
(2/13)

CAUSE

Mr. Doe recently underwent a sex offender evaluation, and it was recommended he have no unapproved contact with minors and not be permitted to view pornography. As a result, the Probation Office is requesting those conditions be added at this time. As evidenced by the attached Probation Form 49, Mr. Doe agrees to the proposed modification.

Respectfully Submitted,

By: *Amber Hardison*
Amber Hardison
U.S. Probation Officer

Reviewed: *Melanie Holton*
Melanie Holton
Supervisory U.S. Probation Officer
4/21/2026